IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALVAIR DESOUSA, JR.** | : | |
| | : | **CIVIL ACTION** |
| | : | No. 21-3961 |
| | : | |
| v. | : | |
| | : | |
| **MERRICK GARLAND, et al.** | : | |

## ORDER

This 31st day of May, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 15) is **GRANTED.**

/s/ Gerald Austin McHugh
United States District Judge